Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.10.26.239,<br><br>            Defendant. | Case Number: 2:24-cv-00892-TLN-CKD<br><br>~~**PROPOSED**~~ **ORDER ON PLAINTIFF'S REQUEST TO SEAL UNREDACTED VERSIONS OF ITS FIRST AMENDED COMPLAINT AND WAIVER OF SERVICE FORM** |

THIS CAUSE came before the Court upon Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint and Waiver of Service form ("Request"), and the Court being duly advised does hereby:

ORDER:

1. Plaintiff's Request is GRANTED.

2. Plaintiff may file under seal: (1) an unredacted version of its First Amended Complaint; and (2) an unredacted Waiver of Service form.

///

1

Proposed Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, ~~Proposed~~ Summons and Return of Service

Case No. 2:24-cv-00892-TLN-CKD

3.   The documents shall remain under seal until further order of the Court.

Dated:  July 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, stri0892.24

2

Proposed Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, ~~Proposed~~ Summons and Return of Service

Case No. 2:24-cv-00892-TLN-CKD